UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: )
          ) Case No. 10-70825-TJT
DALE R. HERMILLER ) Hon. Thomas J. Tucker
          ) Chapter 7
_____

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT

The matter having come before the Court on the Motion to Approve Settlement Agreement ("Motion") filed by Basil Simon, Chapter 7 Trustee (the "Trustee") for the estate of Dale R. Hermiller ("Debtor"), through his attorneys The Miller Law Firm, P.C., and the Notice of the Motion having been duly and properly served on all parties in interest; no objections to or other responses to the Motion having been filed; and the Court having been duly advised in the premises;

NOW THEREFORE, IT IS ORDERED that the Motion shall be, and is hereby, approved in all respects.

IT IS FURTHER ORDERED that the settlement pursuant to the Settlement Agreement (as defined in the Motion) shall be, and are hereby approved.

IT IS FURTHER ORDERED that the Chapter 7 Trustee shall be, and is hereby authorized to do all acts and things necessary to consummate the settlement described in the Motion.

.

**Signed on August 02, 2013**

                                                /s/ Thomas J. Tucker
                                                Thomas J. Tucker
                                                United States Bankruptcy Judge